DOWNEY BRAND LLP
DALE A. STERN (Bar No. 131108)
dstern@downeybrand.com
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
BRADLEY C. CARROLL (Bar No. 300658)
bcarroll@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:    916.444.2100

Attorneys for Defendants, Capital Med Farms
Charles Hermle Farms, Darrel Parsley,
Fedora Farms, Jamie Traynham, Jim
Traynham, Joe Yeung Farms, M&C Myers,
M&T Chico Ranch, Mary Traynham, MF
Farms, Mumma Brothers, Nor Cal Nut Co,
River Vista Farms LLC, Rominger Brothers,
Sierra Orchards, Strain Farming, Zane
Amaro

DOWNEY BRAND LLP

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association,<br><br>           Plaintiff,<br><br>     v.<br><br>CAPITAL MED FARMS, LLC, a California limited liability company, GOLDEN STATE FARM CREDIT, FLCA, a federal Farm Credit System institution; GOOD EARTH PARTNERS LP, a California limited partnership; JIM TRAYNHAM, an individual; JAMIE TRAYNHAM, an individual; MF FARMS, INC., a California agricultural collective; NAVA FARMS, INC., a California corporation; PACIFIC REALTY ASSOCIATES, L.P. dba M&T CHICO RANCH, a Delaware limited partnership; RANDOLPH SALVESON, an individual; SIERRA ORCHARDS, L.P., a California limited partnership; and TSB AG INC., a California Corporation; AFFENTRANGER FARMS, LLC, a California limited liability company; ALLEN JASCHKE, an individual; BARRIOS BROS., INC., a California corporation; | Case No. 2:24-cv-02309-DJC-CKD<br><br>**JOINT STIPULATION RE: HEARING AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>Judge:   Hon. Daniel J. Calabretta |

4514886.1

DOWNEY BRAND LLP

1  CHARLES HERMLE FARMS, INC., a
   California corporation; DANNA FARMS
2  INC., a California corporation; DARREL
   PARSLEY, an individual; FEDORA
3  FARMS, INC., a California corporation;
   GRACIE BELLE FARMS, LLC, a
4  California limited liability company; JERRY
   M. SEIBERT FARMS, INC, a California
5  corporation; JOE YEUNG FARMS, INC., a
   California corporation; JUST FARMS LP,
6  a California limited partnership;
   LINDAUER FARM MANAGEMENT, INC.,
7  a California corporation; LLANO SECO
   MEATS, LLC, a California limited liability
8  company; M & C MYERS, INC., a
   California corporation; MARY
9  TRAYNHAM, an individual;
   MUMMA BROTHERS, a general
10 partnership; NOR CAL NUT CO, a
   California corporation; PB ORCHARDS,
11 LLC, a California limited liability company;
   PEARSON FARMS, a general
12 partnership; PUTAH CREEK FARMING
   CO., a California corporation; RIVER
13 VISTA FARMS LLC, a California limited
   liability company; ROMINGER
14 BROTHERS FARMS, INC., a California
   corporation; STRAIN FARMING JOINT
15 VENTURE, L.P., a California limited
   partnership; and ZANE AMARO d/b/a
16 ZANE AMARO FARMS, an individual,

17           Defendants.

18

19                    **STIPULATION**

20         Defendants Capital Med Farms, LLC; Charles Hermle Farms, Inc.; Darrel Parsley;

21 Fedora Farms, Inc.; Jamie Traynham; Jim Traynham; Joe Yeung Farms, Inc.; M & C

22 Myers, Inc.; Pacific Realty Associates, L.P. dba M&T Chico Ranch; Mary Traynham; MF

23 Farms, Inc.; Mumma Brothers; Nor Cal Nut Co.; River Vista Farms LLC; Rominger

24 Brothers Farms, Inc.; Sierra Orchards, L.P.; Strain Farming Joint Venture, L.P.; and Zane

25 Amaro dba Zane Amaro Farms (collectively "Defendants") and Plaintiff Bank of America,

26 N.A. ("BOA") by and through their undersigned attorneys, hereby stipulate as set forth

27 below:

28 / / /

**RECITALS**

WHEREAS, on or about August 23, 2024, BOA filed the Complaint in this action seeking a declaration that the subordination clauses in contracts between growers like Defendants and Anderson & Sons Shelling, Inc. ("ASSI") are enforceable and subordinate Defendants' alleged California Food & Agricultural Code § 55631 *et seq*. Producer's Liens to BOA's secured interest (the "Litigation");

WHEREAS, on September 27, 2024, BOA filed the operative First Amended Complaint ("FAC") (Dkt. 10);

WHEREAS, on October 31, 2024, Defendant TSB AG, Inc. ("TSB") filed a motion to dismiss the FAC ("TSB's Motion");

WHEREAS, BOA and TSB have stipulated to a hearing and briefing schedule for TSB's Motion;

WHEREAS, Defendants also intend to file a motion to dismiss the FAC;

WHEREAS, Defendants and BOA agree that Defendants' motion to dismiss, which will address similar issues to TSB's Motion, should be heard at the same time and set on the same briefing schedule as TSB's Motion;

WHEREAS, the Parties believe there is good cause to set a hearing date and briefing schedule for Defendants' motion to dismiss.

NOW, THEREFORE, for and in consideration of the recitals set forth above and incorporated herein, the Parties hereby request the Court set a briefing schedule as follows:

1.      Defendants shall file their consolidated motion to dismiss by no later than December 6, 2024.

2.      Defendants' motion to dismiss will be heard at the same time as TSB's Motion, at 1:30 p.m. on March 20, 2025.

3.      BOA shall file an opposition to Defendants' motion to dismiss no later than January 17, 2025.

/ / /

DOWNEY BRAND LLP

4.      Defendants shall file a reply brief in support of their motion to dismiss no later than February 20, 2025.

DATED:  November 26, 2024          DOWNEY BRAND LLP


By:   _____/s/ Bradley C. Carroll_____
                      DALE A. STERN
                      JAMIE P. DREHER
                      BRADLEY C. CARROLL
                      Attorneys for Defendants


DATED:  November 26, 2024          HOLLAND & KNIGHT LLP


By:   _____/s/ Kristina S. Azlin_____
            (As authorized on 11/26/24)
                      KRISTINA S. AZLIN
                      DANIEL P. KAPPES
                      ANDREW M. CUMMINGS

                  Attorneys for Plaintiff BANK OF AMERICA, N.A.


**ORDER**

**IT IS SO ORDERED.**


DATED:  November 26, 2024          /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE

JOINT STIPULATION RE: HEARING AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS

DOWNEY BRAND LLP