HOLLAND & KNIGHT LLP
Kristina S. Azlin (CA SBN 235238)
*kristina.azlin@hklaw.com*
Andrew M. Cummings (CA SBN 305081)
*andrew.cummings@hklaw.com*
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Facsimile: 213.896.2450

Attorneys for Plaintiff Bank of America, N.A.

FRIEDMAN & SPRINGWATER LLP
RUTH STONER MUZZIN (CA SBN 276394)
Email: rmuzzin@friedmanspring.com
CATHERINE M. ROE (CA SBN 331565)
Email: croe@friedmanspring.com
350 Sansome Street, Suite 800
San Francisco, CA 94104
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

Attorneys for Defendant
GOLDEN STATE FARM CREDIT, FLCA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL MED FARMS, LLC, et al.,<br><br>Defendants. | Case No. 2:24-cv-02309-DJC-CKD<br><br>**STIPULATION OF PLAINTIFF AND DEFENDANT GOLDEN STATE FARM CREDIT, FLCA TO EXTEND DEADLINE TO ANSWER; ORDER** |

## STIPULATION

Plaintiff Bank of America, N.A. ("**BOA**") and Defendant Golden State Farm Credit, FLCA ("**GSFC**") by and through their undersigned attorneys, hereby stipulate as set forth below:

## RECITALS

WHEREAS, on or about August 23, 2024, BOA filed its initial Complaint in this action;

1  WHEREAS, on September 27, 2024, BOA filed its First Amended Complaint ("**FAC**") (Dkt. 10);

2  WHEREAS, the current deadline for GSFC to answer or otherwise respond to the FAC is December 2, 2024;

3  WHEREAS, the Rule 12(b) motion of Defendant TSB AG, Inc. to dismiss the FAC ("**TSB's Motion**") is currently set for hearing on March 20, 2025;

4  WHEREAS, a majority of the other defendants' deadlines to respond to the FAC have not yet passed and no scheduling conference has been set;

5  WHEREAS, no previous request to continue the response deadline for GSFC has been sought or granted;

6  WHEREAS, GSFC does not intend to file a motion under Rule 12(b);

7  NOW THEREFORE, BOA and GSFC, by and through their respective counsel, hereby stipulate that GSFC's answer to the FAC shall be due on or before the date that is fourteen (14) calendar days after the Court enters its order resolving TSB's Motion.

Dated: November 27, 2024      HOLLAND & KNIGHT LLP

                              By:  /s/ Kristina S. Azlin
                                   Kristina S. Azlin
                                   Attorneys for Plaintiff
                                   BANK OF AMERICA, N.A.

Dated: November 27, 2024      FRIEDMAN & SPRINGWATER LLP

                              By:  /s/ Ruth Stoner Muzzin (as authorized on 11/27/2024)
                                   Ruth Stoner Muzzin
                                   Attorneys for Defendant
                                   GOLDEN STATE FARM CREDIT, FLCA

**IT IS SO ORDERED**

Dated: November 27, 2024      By:  /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE