**BOUTIN JONES INC.**
Robert D. Swanson (CA SBN 162816)
rswanson@boutinjones.com
Michael J. Kuzmich (CA SBN 210088)
mkuzmich@boutinjones.com
Michael C. Hopkins (CA SBN 328995)
mhopkins@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Telephone: 916.321.4444
Facsimile: 916.441.7597

*Attorneys for Defendants Nava Farms, Inc.,*
*Good Earth Partners, LP, Danna Farms Inc.,*
*Putah Creek Farming Co., Gracie Belle Farms, LLC,*
*and Barrios Bros. Inc.*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association,<br><br>              Plaintiff,<br><br>     vs.<br><br>CAPITAL MED FARMS, LLC, a California limited liability company; GOLDEN STATE FARM CREDIT, FLCA, a federal Farm Credit System institution; GOOD EARTH PARTNERS LP, a California limited partnership; JIM TRAYNHAM, an individual; JAMIE TRAYNHAM, an individual; MF FARMS, INC., a California agricultural collective; NAVA FARMS, INC., a California corporation; PACIFIC REALTY ASSOCIATES, L.P. dba M&T CHICO RANCH, a Delaware limited partnership; RANDOLPH SALVESON, an individual; SIERRA ORCHARDS, L.P., a California limited partnership; and TSB AG INC., a California Corporation; AFFENTRANGER FARMS, LLC, a California limited liability company; ALLEN JASCHKE, an individual; BARRIOS BROS., INC., a California corporation; CHARLES HERMLE FARMS, INC., a California corporation; DANNA FARMS INC., a California corporation; DARREL PARSLEY, an individual; FEDORA FARMS, INC., a California corporation; GRACIE BELLE | **Case No. 2:24-cv-02309-DJC-CKD**<br><br>**DEFENDANTS' RESPONSE TO BANK OF AMERICA'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF MICHAEL J. KUZMICH**<br><br>---<br><br>Date:  March 20, 2025<br>Time: 1:30 p.m.<br>Dept.: 10, 13th Floor<br>Judge: Hon. Daniel J. Calabretta<br><br>Complaint Filed:    August 23, 2024<br><br>First Amended<br>Complaint Filed:    September 27, 2024 |

DEFENDANTS' RESPONSE TO BOA'S EVIDENTIARY OBJECTIONS TO DECL. OF M. KUZMICH    4898-4786-6650.1

FARMS, LLC, a California limited liability company; JERRY M. SEIBERT FARMS, INC, a California corporation.; JOE YEUNG FARMS, INC., a California corporation; JUST FARMS LP, a California limited partnership; LINDAUER FARM MANAGEMENT, INC., a California corporation; LLANO SECO MEATS ,LLC, a California limited liability company; M & C MYERS, INC. dba MYERS SEED, a California corporation; MARY TRAYNHAM, an individual; MUMMA BROTHERS, a general partnership; NOR CAL NUT CO, a California corporation; PB ORCHARDS, LLC, a California limited liability company; PEARSON FARMS, a general partnership; PUTAH CREEK FARMING CO., a California corporation; RIVER VISTA FARMS LLC, a California limited liability company; ROMINGER BROTHERS FARMS, INC., a California corporation; STRAIN FARMING JOINT VENTURE, L.P., a California limited partnership ;and ZANE AMARO d/b/a ZANE AMARO FARMS, an individual.

Defendants.

Defendants Nava Farms, Inc.,  Good Earth Partners, LP, Danna Farms Inc., Putah Creek Farming Co., Gracie Belle Farms, LLC,  and Barrios Bros. Inc.  (the "Boutin Jones Producers") briefly respond to the plaintiff Bank of America, N.A.'s ("BOA") Evidentiary Objections to the Declaration of Michael J. Kuzmich filed in support of the Motion to Dismiss BOA's First Amended Complaint for Declaratory Judgment on Grounds of Abstention or Pursuant to Federal Rules of Civil Procedure 12(b)(6) and (b)(7) or, in the alternative, Motion for Stay (the "Motion").

**Response to Objection # 1 to Kuzmich Decl., ¶ 5**

Plaintiff objects to ¶ 5 on grounds of relevance and improper legal argument.

These objections lack merit. This paragraph is neither irrelevant nor legal argument. It is an accurate summary of California's producer's lien laws. Notably, BOA does not attempt to argue that any portion of this summary is inaccurate.

2

1    For all of these reasons, these objections should be overruled. Regardless, in the

2 event the Court sustains one or both of these objections, the ultimate outcome of the Motion

3 is not dependent on this paragraph.

4 **Response to Objection # 2 to Kuzmich Decl., ¶ 24**

5    Plaintiff objects to ¶ 24 on grounds of relevance, lacks foundation and personal

6 knowledge, and hearsay.

7    These objections lack merit. The Receiver has represented these matters to the

8 parties, and they are relevant to this Motion. Notably, BOA does not attempt to argue that any

9 portion of this information is inaccurate.

10    For all of these reasons, these objections should be overruled. Regardless, in the

11 event the Court sustains one or more of these objections, the ultimate outcome of the Motion

12 is not dependent on this paragraph.

13 **Response to Objection # 2 to Kuzmich Decl., ¶ 25, Exhibit I**

14    Plaintiff objects to ¶ 25 and Exhibit I[1] on grounds of relevance, lacks foundation and

15 personal knowledge, and hearsay.

16    These objections lack merit. The Receiver's Report No. 1 was filed in the Golden State

17 Tehama County Action, speaks for itself, and is relevant to this case. Specifically, Exhibit "A"

18 to the Receiver's Report No. 1 reflects that: (1) between August 8 and September 30, 2024,

19 ASSI had sales of $15,399,167; (2) there is an entry titled "BofA LOC Adjustment" in the

20 amount of $14,561,723; and (3) ASSI had a resulting cash position of only $2,482,652.

21 Kuzmich Reply Decl., ¶ 3, Revised Exhibit I. Notably, BOA does not attempt to argue that any

22 portion of this information is inaccurate. BOA also does not dispute that the "BofA LOC

23 Adjustment" in the amount of $14,561,723 was either paid in cash to BOA or applied as a

24 credit to a line of credit.

25

26 [1] The wrong report (the Receiver's Initial Inventory and Report dated September 16, 2024)
was inadvertently attached as Exhibit I, and the correct report (the Receiver's Report No. 1
27 dated November 6, 2024, and Exhibit "A" thereto) is being filed with this Reply Brief. *See*
Reply Declaration of Michael J. Kuzmich filed herewith ("Kuzmich Reply Decl."), ¶¶ 2-3,
28 Revised Exhibit I.

For all of these reasons, these objections should be overruled. Regardless, in the event the Court sustains one or more of these objections, the ultimate outcome of the Motion is not dependent on this paragraph and Exhibit.

**Response to Objection # 2 to Kuzmich Decl., ¶ 26**

Plaintiff objects to ¶ 26 on grounds of relevance, lacks foundation and personal knowledge, and improper legal argument.

These objections lack merit. This paragraph states matters of fact that are relevant to this Motion and which are based on counsel's personal knowledge: (1) the Receiver's Report No. 1 dated November 6, 2024, and Exhibit "A" thereto reflect that BOA has received proceeds from ASSI's sale of crops on which the Boutin Jones Producers have statutory lien rights; (2) the Boutin Jones Producers will likely amend their Complaints to include causes of action for conversion and unjust enrichment against BOA; and (3) the Downey Brand Producers have already alleged these causes of action against BOA in the action they filed in Tehama County.

For all of these reasons, these objections should be overruled. Regardless, in the event the Court sustains one or more of these objections, the ultimate outcome of the Motion is not dependent on this paragraph.

DATED: February 20, 2025            BOUTIN JONES INC.

By: */s/ Michael J. Kuzmich*

Robert D. Swanson
Michael J. Kuzmich
Michael C. Hopkins

Attorneys for Defendants Nava Farms, Inc.,
Good Earth Partners, LP, Danna Farms Inc.,
Putah Creek Farming Co., Gracie Belle
Farms, LLC, and Barrios Bros. Inc.