**WANGER JONES HELSLEY PC**
265 East River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 233-4800
Facsimile:  (559) 233-9330

John P. Kinsey #215916
  jkinsey@wjhattorneys.com
Kathleen D. DeVaney #156444
  kdevaney@wjhattorneys.com
Ian J. Quinn #342754
  iquinn@wjhattorneys.com

Attorneys for:     Defendant TSB Ag, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association, <br><br> Plaintiff, <br> v. <br><br> CAPITAL MED FARMS, LLC, a California limited liability company; GOLDEN STATE FARM CREDIT, FLCA, a federal Farm Credit System institution; GOOD EARTH PARTNERS LP, a California limited partnership; JIM TRAYNHAM, an individual; JAMIE TRAYNHAM, an individual; MF FARMS, INC., a California agricultural collective; NAVA FARMS, INC., a California corporation; PACIFIC REALTY ASSOCIATES, L.P. dba M&T CHICO RANCH, a Delaware limited partnership; RANDOLPH SALVESON, an individual; SIERRA ORCHARDS, L.P., a California limited partnership; and TSB AG INC., a California Corporation; AFFENTRANGER FARMS, LLC, a California limited liability company; ALLEN | Case No.: 2:24-cv-02309-CKD <br><br> **EXHIBITS TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6) AND (B)(7) OR, IN THE ALTERNATIVE, MOTION FOR STAY** <br><br> Action Filed: August 23, 2024 <br><br> Date:          March 20, 2025 <br> Time:          1:30 a.m. <br> Courtroom:     10 |

EXHIBITS TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
REPLY BRIEF IN SUPPORT OF TSB'S MOTION TO DISMISS

4931-1086-3901, v. 2

JASCHKE, an individual; BARRIOS BROS., INC., a California corporation; CHARLES HERMLE FARMS, INC., a California corporation; DANNA FARMS INC., a California corporation; DARREL PARSLEY, an individual; FEDORA FARMS, INC., a California corporation; GRACIE BELLE FARMS, LLC, a California limited liability company; JERRY M. SEIBERT FARMS, INC, a California corporation.; JOE YEUNG FARMS, INC., a California corporation; JUST FARMS LP, a California limited partnership; LINDAUER FARM MANAGEMENT, INC., a California corporation; LLANO SECO MEATS, LLC, a California limited liability company; M & C MYERS, INC. dba MYERS SEED, a California corporation; MARY TRAYNHAM, an individual; MUMMA BROTHERS, a general partnership; NOR CAL NUT CO, a California corporation; PB ORCHARDS, LLC, a California limited liability company; PEARSON FARMS, a general partnership; PUTAH CREEK FARMING CO., a California corporation; RIVER VISTA FARMS LLC, a California limited liability company; ROMINGER BROTHERS FARMS, INC., a California corporation; STRAIN FARMING JOINT VENTURE, L.P., a California limited partnership; and ZANE AMARO d/b/a ZANE AMARO FARMS, an individual,

Defendants.

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1 | Fresno County Superior Court Docket for Case No. 24CECG03728, *Asellus-Placer LLC v. Andersen & Sons Shelling, Inc.* |
| 2 | Minute Order filed by the Superior Court of California, County of Yolo, in Case No. CV2024-2143, *Putah Creek Farming, Co. v. Andersen & Sons Shelling, Inc.*, on January 6, 2025. |
| 3 | Stipulation to Transfer Venue to Tehama County Superior Court; Order, filed by Plaintiffs Asellus-Placer LLC, et al., in Case No. 24CECG03728, *Asellus-Placer LLC, et al. v. Andersen & Sons Shelling, Inc.*, in the Fresno County Superior Court on January 30, 2025. |
| 4 | Yolo County Superior Court Docket for Case No. CV2024-2143, *Putah Creek Farming Co. v. Andersen & Sons Shelling, Inc.* |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 5 | Yuba County Superior Court Docket for Case No. CVCV024-01097, *Danna Farms Inc. v. Andersen & Sons Shelling, Inc.* |
| 6 | Butte County Superior Court Docket for Case No. 24CV02570, *Nava Farms, Inc., et al. v. Andersen & Sons Shelling, Inc.* |
| 7 | Minute Order filed by Superior Court of California, County of Butte in Case No. 24CV02570, *Nava Farms, Inc. et al. v. Andersen & Sons Shelling, Inc.*, on January 29, 2025. |
| 8 | Case Management Statement filed by Plaintiffs Nava Farms, Inc. and Good Earth Partners, LP, in Case No. 24CV02570, *Nava Farms, Inc., et al. v. Andersen & Sons Shelling, Inc.*, in the Superior Court of California, County of Butte on January 17, 2025. |

Dated: February 20, 2025                    WANGER JONES HELSLEY PC


                                            By: _____
                                                John P. Kinsey
                                                Kathleen D. DeVaney
                                                Ian J. Quinn
                                                Attorneys for Defendant TSB Ag, Inc.

4931-1086-3901, v. 2

EXHIBIT "1"

# Case Information

24CECG03728 | Asellus - Placer LLC vs. Andersen & Sons Shelling, Inc.

| Case Number | Court | Judicial Officer |
| --- | --- | --- |
| 24CECG03728 | Civil | Tharpe, D Tyler |
| File Date | Case Type | Case Status |
| 08/26/2024 | 06 Unlimited - Breach of Contract/Warranty | Open |

# Party

| Plaintiff | |
| --- | --- |
| Asellus - Placer LLC | Active Attorneys ▾ |
| | Lead Attorney |
| | Stouder, Daniel S |
| | Retained |

| Plaintiff | |
| --- | --- |
| Pai Big Valley Ranch, LLC | Active Attorneys ▾ |
| | Lead Attorney |
| | Stouder, Daniel S |
| | Retained |

| Plaintiff | |
| --- | --- |
| Pai Bulldog Ranches, LLC | Active Attorneys ▾ |
| | Lead Attorney |
| | Stouder, Daniel S |
| | Retained |

| Plaintiff | |
| --- | --- |
| Pai H&K Ranches, LLC | Active Attorneys ▾ |
| | Lead Attorney |

Stouder, Daniel S
Retained

Plaintiff
Sunshine Agriculture Incorporated

Active Attorneys ▾
Lead Attorney
Stouder, Daniel S
Retained

Plaintiff
Pai River Bend Ranches, LLC

Active Attorneys ▾
Lead Attorney
Stouder, Daniel S
Retained

Defendant
Andersen & Sons Shelling, Inc.

# Events and Hearings

08/26/2024 Civil Complaint filed ▾

8-26-24 Complaint

08/26/2024 Civil case cover sheet ▾

8-26-24 Civil Case Cover Sheet

09/03/2024 Summons issued and filed ▾

9-3-24 Summons

09/03/2024 Notice Filed ▾

Comment
Notice of Case Management Conference and Assignment of Judge for All Purposes

09/10/2024 Proof of Service ▼

09/10/2024 - Proof of Service

09/10/2024 Summons and Complaint ▼

Served
09/05/2024

12/31/2024 Case Management Statement Filed ▼

12/31/24 Case Management Statement

01/16/2025 Case Management Conference ▼

Original Type
Case Management Conference

Judicial Officer
Brickey, Daniel

Hearing Time
3:00 PM

Result
Heard

01/16/2025 Remote Appearance Via Courtcall ▼

Comment
SPA by M Hopkins for Plaintiff

01/16/2025 Minute Order Attachment ▼

1/16/25 Minute Order Attachment

Comment
with clerk's certificate of mailing

01/29/2025 Order Received for Signature ▼

01/30/25 Stipulation and Order to Transfer Venue

Comment
** Order signed Pending process Stipulation to Transfer Venue to Tehama County Superior Court;
Proposed Order

01/30/2025 Chamber Work - CG Orders - PRE ▼

Chamber Work - CG Orders - PRE

Judicial Officer
Tharpe, D Tyler

Hearing Time
5:30 PM

Result
Chambers Work - Order Submitted for Consideration

Comment
Stipulation and Proposed Order to Transfer Venue

---

01/30/2025 Stipulation and Order filed ▾

01/30/25 Stipulation and Order to Transfer Venue

Judicial Officer                    Comment
Tharpe, D Tyler                     to Transfer Venue to Tehama County Superior Court

---

06/25/2025 Case Management Conference ▾

Judicial Officer
Brickey, Daniel

Hearing Time
3:00 PM

Cancel Reason
Off Calendar

## Financial

Asellus - Placer LLC

|  |  |  |  | $455.00 |
|---|---|---|---|---|
| Total Financial Assessment |  |  |  | $455.00 |
| Total Payments and Credits |  |  |  | $455.00 |
| 9/3/2024 | Transaction Assessment |  |  | $435.00 |
| 9/3/2024 | EFile Payment | Receipt # WEB-2024-69612 | Asellus - Placer LLC, a Massachusetts limited liability company | ($435.00) |

| 1/29/2025 | Transaction Assessment | | | $20.00 |
| 1/29/2025 | EFile Payment | Receipt # WEB-2025-08619 | Asellus - Placer LLC | ($20.00) |

## Documents

8-26-24 Complaint

8-26-24 Civil Case Cover Sheet

9-3-24 Summons

9-3-24 CV-48 Notice of Case Management Conference and Assignment of Judge for All Purposes

09/10/2024 - Proof of Service

12/31/24 Case Management Statement

1/16/25 Minute Order Attachment

01/30/25 Stipulation and Order to Transfer Venue

EXHIBIT "2"



**Superior Court of the State of California, County of Yolo**

**Minute Order**

| | |
|---|---|
| **PUTAH CREEK FARMING CO. a California corporation**<br>**vs**<br>**ANDERSEN & SONS SHELLING, INC,DOES 1 through 50, inclusive** | **CV2024-2143** |
| | Department 11 |
| *Case Management Conference | 1/6/2025 |
| Judge, Honorable Timothy L. Fall | 9:00 AM |
| Court Reporter: | Clerk: Ashley Gantt |

**APPEARANCES:**

| | |
|---|---|
| ANDERSEN & SONS SHELLING, INC | Not Present |
| DOES 1 through 50, inclusive | Not Present |
| PUTAH CREEK FARMING CO. a California corporation | Not Present |

Brienna Cowan, attorney for Plaintiff

- Remote Appearance -- Counsel for Plaintiff
- Further Case Management Conference scheduled for: Monday, July 7, 2025 Parties must file a new Case Management Statement pursuant to CRC 3.7525 and Local Rule 12.4. All CMC issues will be addressed including discovery schedules and trial date, as appropiate.

**FUTURE COURT DATE(S):**

- Matter is set for *Case Management Conference  on Monday, July 7, 2025 at 9:00 AM in Department 11.
- All parties and their counsel may appear through remote technology for all proceedings, per CCP 367.75 and CRC 3.672.

EXHIBIT "3"

**BOUTIN JONES INC.**
Daniel S. Stouder (SBN 226753)
Michael C. Hopkins (SBN 328995)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 441-7597
Email: dstouder@boutinjones.com
        mhopkins@boutinjones.com

Attorneys for Plaintiff Asellus - Placer LLC,
PAI Big Valley Ranch, LLC, PAI Bulldog
Ranches, LLC, PAI H&K Ranches, LLC,
Sunshine Agriculture Incorporated, and
PAI River Bend Ranches, LLC

FILED
1/30/25

FRESNO COUNTY SUPERIOR COURT
By snunez
                                    DEPUTY

RECEIVED
1/29/2025 10:58 AM
FRESNO COUNTY SUPERIOR COURT
By: Maria Lopez, Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF FRESNO

## UNLIMITED JURISDICTION

| | |
|---|---|
| ASELLUS - PLACER LLC, a Massachusetts limited liability company; PAI BIG VALLEY RANCH, LLC, a Delaware limited liability company; PAI BULLDOG RANCHES, LLC, a Delaware limited liability company; PAI H&K RANCHES, LLC, a Delaware limited liability company; SUNSHINE AGRICULTURE INCORPORATED, a Florida nonprofit corporation; and PAI RIVER BEND RANCHES, LLC; a Delaware limited liability company;<br><br>                    Plaintiffs,<br><br>vs.<br><br>ANDERSEN & SONS SHELLING, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | **Case No. 24CECG03728**<br><br>**STIPULATION TO TRANSFER VENUE TO TEHAMA COUNTY SUPERIOR COURT; [PROPOSED] ORDER**<br><br>---<br><br>Action Filed:    August 26, 2024<br>Trial Date:      None Set |

Plaintiffs Asellus - Placer LLC, PAI Big Valley Ranch, LLC, PAI Bulldog Ranches, LLC, PAI H&K Ranches, LLC, Sunshine Agriculture Incorporated, and PAI River Bend Ranches, LLC (collectively "Plaintiffs") and defendant Andersen & Sons Shelling, Inc. ("ASSI"), by and through David Stapleton, the duly appointed Receiver for ASSI (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1

**RECITALS**

WHEREAS, on August 5, 2024, non-party Golden State Farm Credit PCA and Golden State Farm Credit, FLCA filed a complaint against, among others, ASSI in Tehama County Superior Court, Case No. 24CI-000197.

WHEREAS, on August 8, 2024, the Tehama County Superior Court executed an Order Appointing Receiver and Issuing Preliminary Injunction (the "Order Appointing Receiver").  The Order Appointing Receiver appointed David Stapleton as the Receiver for ASSI and other related entities (the "Receiver").

WHEREAS, on August 26, 2024, Plaintiffs filed a complaint initiating this action against ASSI in Fresno County Superior Court.

WHEREAS, the Parties, through their respective counsel, have met and conferred in good faith and have agreed to request that the Court transfer this case to Tehama County Superior Court in order to make all litigation against or affecting ASSI more streamlined and efficient.

**STIPULATION**

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, as follows:

1.  Tehama County Superior Court is a proper venue for trial of this action pursuant to Code of Civil Procedure § 395 because, among other reasons, ASSI resides there;

2.  The Parties respectfully request that this Court transfer this action to the Tehama County Superior Court; and

3.  Plaintiffs shall pay applicable costs, if any, pursuant to Code of Civil Procedure § 399.

IT IS SO STIPULATED.

Dated:  January 29, 2025          BOUTIN JONES INC.


By: _____
          Daniel S. Stouder
          Michael C. Hopkins
Attorneys for Plaintiff Asellus - Placer LLC, PAI BigValley Ranch, LLC, PAI Bulldog Ranches, LLC, PAI H&K Ranches, LLC, Sunshine Agriculture Incorporated, and PAI River Bend Ranches, LLC

2

1   Dated:  January 27, 2025                    PACHULSKI STANG ZIEHL & JONES LLP

2

3                                               By: _____

4                                                       John D. Fiero
                                                        Teddy M. Kapur
5                                               Attorneys for David Stapleton, Receiver

6

7                                    ~~[PROPOSED]~~ ORDER

8          Good cause appearing, the Court HEREBY ORDERS that this matter is transferred to

9   Tehama County Superior Court upon payment of all necessary fees by the Parties. The Clerk of this

10  Court is authorized to transfer all pleadings and papers herein to the Clerk of Tehama County

11  Superior Court after such payment.

12         IT SO ORDERED.

13  DATED: ___1/30/2025___                       _____

14                                               JUDGE OF THE SUPERIOR COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "4"

## Case Information

CV2024-2143 | PUTAH CREEK FARMING CO. a California corporation vs ANDERSEN & SONS SHELLING, INC,DOES 1 through 50, inclusive

| Case Number | Court | Judicial Officer |
|---|---|---|
| CV2024-2143 | Superior Court of Yolo - Civil | Fall, Timothy L. |
| File Date | Case Type | Case Status |
| 08/22/2024 | 06: Unlimited Breach of Contract/Warranty | Opened |

## Party

Plaintiff
PUTAH CREEK FARMING CO. a California corporation

Active Attorneys ▾
Lead Attorney
KUZMICH, MICHAEL J
Retained

Defendant
ANDERSEN & SONS SHELLING, INC

Defendant
DOES 1 through 50, inclusive

## Events and Hearings

08/22/2024 *New Filed Case (JBSIS)

08/22/2024 Complaint Filed ▼

Comment
FOR: 1. FORECLOSURE OF PRODUCERS LIEN 2. BREACH OFCONTRACT 3. CONVERSION 4.
CONSTRUCTIVE TRUST

08/22/2024 Civil Case Cover Sheet

08/22/2024 Notice ▼

Comment
OF CMC

08/23/2024 Summons Issued / Filed

08/23/2024 Notice of Case Assignment ▼

Comment
JUDGE FALL/DEPT 11 ASSIGNED FOR ALL PURPOSES

09/06/2024 Proof of Service ▼

Comment
INCOMPLETE #4

12/19/2024 Case Management / Status Conference Statement ▼

Comment
FILED BY PLAINTIFF PUTAH CREEK FARMING CO.

12/20/2024 Proof of Service ▼

Comment
AMENDED; SERVED ANDERSEN & SONS SHELLING, INC. BY SUB SERVICE WITH SUMMONS;
COMPLAINT; ADR PACKAGE; CIVIL CASE COVER SHEET; NOTICE OF CMC ON 08/29/2024; DECL
OF MAILING ATTACHED

01/06/2025 *Case Management Conference ▼

Minute Order

Judicial Officer
Fall, Timothy L.

Hearing Time
9:00 AM

Held

01/06/2025 Remote Appearance ▼

Comment
-- Counsel for Plaintiff

01/30/2025 Document Sent To ▼

Comment
JUDGE FALL FOR REVIEW OF STIP AND ORDER TO TRANSFER VENUE

01/31/2025 Order for Transfer ▼

Comment
TO TRANSFER VENUE TO TEHAMA COUNTY SUPERIOR COURT

07/07/2025 *Case Management Conference ▼

Judicial Officer
Fall, Timothy L.

Hearing Time
9:00 AM

Cancel Reason
Vacated

## Documents

Minute Order

EXHIBIT "5"

## Case Information

24CV02570 | Nava Farms, Inc et al vs Andersen & Sons Shelling, Inc

| Case Number | Court | Judicial Officer |
|---|---|---|
| 24CV02570 | Chico- Civil | Benson, Stephen E |
| File Date | Case Type | Case Status |
| 07/31/2024 | (06) Unlimited Breach of Contract/Warranty | Active |

## Party

Plaintiff
Nava Farms, Inc

Active Attorneys ▾
Lead Attorney
Swanson, Robert Daniel
Retained

Attorney
Kuzmich, Michael John
Retained

Plaintiff
Good Earth Partners, LP

Active Attorneys ▾
Lead Attorney
Swanson, Robert Daniel
Retained

Attorney
Kuzmich, Michael John
Retained

Andersen & Sons Shelling, Inc

## Cause of Action

| File Date | Cause of Action | Type | Filed By | Filed Against |
|-----------|-----------------|------|----------|---------------|
| 07/31/2024 | Contract | Action | | |
| 07/31/2024 | Contract | Action | | |
| 07/31/2024 | Contract | Action | | |
| 07/31/2024 | Contract | Action | | |
| 07/31/2024 | Contract | Action | | |
| 07/31/2024 | Contract | Action | | |

## Events and Hearings

07/31/2024 Complaint ▾

Complaint

07/31/2024 Civil Case Cover Sheet ▾

Civil Case Cover Sheet

07/31/2024 Cause Of Action ▾

| Action | File Date |
|--------|-----------|
| Contract | 07/31/2024 |

07/31/2024 Cause Of Action ▾

| Action | File Date |
|--------|-----------|
| Contract | 07/31/2024 |

07/31/2024 Cause Of Action ▾

| Action | File Date |
|--------|-----------|
| Contract | 07/31/2024 |

07/31/2024 Cause Of Action ▾

| Action | File Date |
|--------|-----------|
| Contract | 07/31/2024 |

07/31/2024 Cause Of Action ▾

| Action | File Date |
|--------|-----------|
| Contract | 07/31/2024 |

07/31/2024 Cause Of Action ▾

| Action | File Date |
|--------|-----------|
| Contract | 07/31/2024 |

08/07/2024 Notice of Assignment and Case Management Conference ▾

Notice of Assignment and Case Management Conference

Judicial Officer
Benson, Stephen E

08/07/2024 Proof of Mailing ▾

Proof of Mailing

08/07/2024 Proof of Service ▾

Served
08/20/2024

08/08/2024 Summons Issued and Filed ▾

Summons Issued and Filed

08/08/2024 Proof of Service ▾

08/20/2024

01/17/2025 Proof of Service of Summons Filed ▼

Proof of Service of Summons/Complaint

01/17/2025 Case Management Statement ▼

Plaintiffs' Case Management Statement

01/29/2025 Case Management Conference ▼

Original Type
Case Management Conference

Complaint

Notice of Assignment and Case Management Conference

Proof of Mailing

Proof of Service of Summons/Complaint

Plaintiffs' Case Management Statement

Civil Minutes

Judicial Officer
Benson, Stephen E

Hearing Time
10:30 AM

Result
Held

Parties Present ▲
  Plaintiff

    Attorney: Swanson, Robert Daniel

  Plaintiff

    Attorney: Swanson, Robert Daniel

01/29/2025 Minute Order ▼

Civil Minutes

04/30/2025 Case Management Conference ▼

Judicial Officer
Benson, Stephen E

Hearing Time
10:30 AM

## Documents

Complaint

Civil Case Cover Sheet

Notice of Assignment and Case Management Conference

Proof of Mailing

Summons Issued and Filed

Proof of Service of Summons/Complaint

Plaintiffs' Case Management Statement

Civil Minutes

EXHIBIT "6"

## Case Information

CVCV24-01097 | Danna Farms Inc. vs. Andersen & Sons Shelling, Inc

| Case Number | Court | Judicial Officer |
| --- | --- | --- |
| CVCV24-01097 | Civil Cases | Berrier, Stephen W |
| File Date | Case Type | Case Status |
| 08/21/2024 | (06) Unlimited Breach of Contract/Warranty (CVCV) | Active |

## Party

Plaintiff
Danna Farms Inc.

Active Attorneys ▼

Lead Attorney
Boutin Jones Inc
Retained

Attorney
Kuzmich, Michael John
Retained

Defendant
Andersen & Sons Shelling, Inc

## Events and Hearings

| 08/21/2024 Electronic File as of this date |
| 08/21/2024 Complaint |
| 08/21/2024 Civil Case Cover Sheet |
| 08/21/2024 Summons Issued / Filed |
| 08/22/2024 Notice of Case Management Conference |
| 09/06/2024 Proof of Service of Summons |
| 12/09/2024 Case Management Statement |

12/23/2024 Case Management Conference ▼

Judicial Officer
Bendorf, Melanie K.

Hearing Time
1:30 PM

Result
Not at Issue

| 12/23/2024 Clerk's Minutes |
| 01/30/2025 Stipulation & Order - No Fee |

03/17/2025 Case Management Conference ▼

Judicial Officer
Berrier, Stephen W

Hearing Time
1:30 PM

Cancel Reason
Vacated

EXHIBIT "7"



# Superior Court of California, County of Butte
## Minute Order

Nava Farms, Inc et al vs Andersen & Sons Shelling, Inc                    24CV02570

| | | | |
|---|---|---|---|
| Hearing Type: | Case Management Conference | | |
| Hearing Date: | January 29, 2025 at 10:30 AM | Location: | NC-2; Department 6 - Stephen E. Benson |
| Heard by: | Hon. Stephen E. Benson, Judge | Courtroom Clerk: | Jordan Howell |
| Court Reporter: | N/A | Court Interpreter: | N/A |

**Appearances:**

Andersen & Sons Shelling, Inc, Defendant, not present

Good Earth Partners, LP, Plaintiff, not present        Robert Swanson, Attorney, Retained Counsel, present by Michael Kuzmich via CourtCall

Nava Farms, Inc, Plaintiff, not present        Robert Swanson, Attorney, Retained Counsel, present by Michael Kuzmich via CourtCall

**Proceedings:**

- Court continues the matter at counsel's request so that defendant may be served.

Counsel indicates they will be transferring this matter to Tehama County.

Mr. Kuzmich waives notice and agrees to give notice.

**Calendar Settings:**

April 30, 2025 10:30 AM Case Management Conference
Benson, Stephen E
NC-2
Department 6 - Stephen E. Benson

EXHIBIT "8"

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 162816 / 210088 | FOR COURT USE ONLY |

NAME: Robert D. Swanson / Michael J. Kuzmich
FIRM NAME: Boutin Jones Inc.
STREET ADDRESS: 555 Capitol Mall, Suite 1500
CITY: Sacramento    STATE: CA ZIP CODE: 95814
TELEPHONE NO.: (916) 321-4444    FAX NO.: (916) 441-7597
EMAIL ADDRESS: rswanson@boutinjones.com; mkuzmich@boutinjones.com
ATTORNEY FOR (name): Plaintiffs Nava Farms, Inc. and Good Earth Partners, LP

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Butte**
STREET ADDRESS: 1775 Concord Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Chico, CA  95928
BRANCH NAME:

**FOR COURT USE ONLY**

F I L E D
Superior Court of California
County of Butte

1/17/2025

Sharif Elmallah, Clerk
By _____ Deputy
*Electronically FILED*

PLAINTIFF/PETITIONER: Nava Farms, Inc. and Good Earth Partners, LP
DEFENDANT/RESPONDENT: Andersen & Sons Shelling, Inc.

| **CASE MANAGEMENT STATEMENT** | CASE NUMBER: |
| *(Check one):* ☒ **UNLIMITED CASE** (Amount demanded exceeds $35,000) ☐ **LIMITED CASE** (Amount demanded is $35,000 or less) | 24CV02570 |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: January 29, 2025    Time: 10:30 a.m.    Dept.: 6    Div.:    Room:

Address of court *(if different from the address above):*

☒  **Notice of Intent to Appear by Telephone, by** *(name):* Robert D. Swanson or Michael J. Kuzmich

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*

   a. ☒  This statement is submitted by party *(name):* Plaintiffs Nava Farms, Inc. and Good Earth Partners, LP

   b. ☐  This statement is submitted **jointly** by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*

   a.  The complaint was filed on *(date):* July 31, 2024

   b. ☐  The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*

   a. ☒  All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.

   b. ☐  The following parties named in the complaint or cross-complaint

   (1) ☐  have not been served *(specify names and explain why not):*

   (2) ☒  have been served but have not appeared and have not been dismissed *(specify names):*
       Andersen & Sons Shelling, Inc.

   (3) ☐  have had a default entered against them *(specify names):*

   c. ☐  The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*

4. **Description of case**

   a.  Type of case in    ☒ complaint    ☐ cross-complaint    *(Describe, including causes of action):*
       1) Enforcement of Producer's Lien; 2) Breach of Contract; 3) Common Counts; and 4) Constructive Trust

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. January 1, 2024]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

**CM-110**

| PLAINTIFF/PETITIONER: Nava Farms, Inc. and Good Earth Partners, LP | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Andersen & Sons Shelling, Inc., et al. | 24CV02570 |

4.  b.  Provide a brief statement of the case, including any damages *(if personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings; if equitable relief is sought, describe the nature of the relief):*
   In 2023, Plaintiffs delivered walnuts to Defendant. Defendant made partial payments for these crops but still owes Plaintiffs balances of at least $109,544 (Nava Farms) and $337,222 (Good Earth). Plaintiffs filed this action to foreclose their statutory producer's liens, and for breach of contract, conversion, and constructive trust.

   ☐  *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**

   The party or parties request    ☐ a jury trial.    ☒ a nonjury trial.    *(If more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**

   a.  ☐  The trial has been set *for (date):*

   b.  ☒  No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

   c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
      2/18/25 – 03/04/25; 04/14/25 – 4/25/25; 09/29/25 – 10/10/25; 04/20/26 – 04/22/26

7.  **Estimated length of trial**

   The party or parties estimate that the trial will take *(check one)*

   a.  ☒  days *(specify number):* 2-3

   b.  ☐  hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*

   The party or parties will be represented at trial    ☒ by the attorney or party listed in the caption    ☐ by the following:

   a.  Attorney:

   b.  Firm:

   c.  Address:

   d.  Telephone number:                                    f.  Fax number:

   e.  Email address:                                       g.  Party represented:

   ☐  Additional representation is described in Attachment 8.

9.  **Preference**

   ☐  This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**

   a.  **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 of the California Rules of Court for information about the processes available through the court and community programs in this case.

      (1)  For parties represented by counsel: Counsel    ☐ has    ☒ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.

      (2)  For self-represented parties: Party    ☐ has    ☐ has not reviewed the ADR information package identified in rule 3.221.

   b.  **Referral to judicial arbitration or civil action mediation** (if available).

      (1)  ☐  This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.

      (2)  ☐  Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

      (3)  ☒  This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):* Equitable relief sought; amount at issue exceeds $50,000. Cal Rules of Court, rule 3.811(1), (8).

**CASE MANAGEMENT STATEMENT**

CM-110

| PLAINTIFF/PETITIONER: Nava Farms, Inc. and Good Earth Partners, LP | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Andersen & Sons Shelling, Inc., et al. | 24CV02570 |

10. c.  In the table below, indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☐ ADR completed on *(date)*: |

**CASE MANAGEMENT STATEMENT**

**CM-110**

| | |
|---|---|
| PLAINTIFF/PETITIONER: Nava Farms, Inc. and Good Earth Partners, LP<br>DEFENDANT/RESPONDENT: Andersen & Sons Shelling, Inc., et al. | CASE NUMBER:<br>24CV02570 |

**11. Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement *(name):*

b. Reservation of rights: ☐ Yes ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.

☐ Bankruptcy ☐ Other *(specify):*
Status:

**13. Related cases, consolidation, and coordination**

a. ☒ There are companion, underlying, or related cases.

   (1) Name of case: Golden State Farm Credit ACA v. Andersen & Son Shelling Inc. et al.

   (2) Name of court: Tehama County Superior Court

   (3) Case number: Case No. 24-CI-000197

   (4) Status: Complaint filed August 5, 2024

   ☐ Additional cases are described in Attachment 13a.

b. ☒ A motion to ☐ consolidate ☒ coordinate will be filed by *(name party):* See Item 18

**14. Bifurcation**

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**15. Other motions**

☒ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*
See Item 18

**16. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| | | |

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

**CASE MANAGEMENT STATEMENT**

CM-110

| | |
|---|---|
| PLAINTIFF/PETITIONER: Nava Farms, Inc. and Good Earth Partners, LP<br>DEFENDANT/RESPONDENT: Andersen & Sons Shelling, Inc., et al. | CASE NUMBER:<br>24CV02570 |

**17. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $35,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

☒ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*
In August 2024,the Tehama County Superior Court appointed David Stapleton as the Receiver for Andersen & Sons Shelling Inc. ("ASSI") and other Andersen-related persons and entities. There are dozens of crop producers who are similarly siatuated to Plaintiff (they have not been paid in full for their 2023 crops and have filed lawsuits against ASSI to foreclose their producer's liens). Plaintiffs intend to file a Stipulation to transfer this action to Tehama County where it can be consolidated with other ASSI-related cases.

**19. Meet and confer**

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

b. ☒ After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*
Plaintiff has not required ASSI to file a responsive pleading in this action, and counsel for the parties have not met and conferred per Rule 3.724. However, counsel for the Receiver has agreed to execute a Stipulation to transfer this case to Tehama County where it can be consolidated with other ASSI-related cases.

**20. Total number of pages attached** *(if any):* 0

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: January 17, 2025

Michael J. Kuzmich
_____
(TYPE OR PRINT NAME)

▶ *MKuz*
_____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶
_____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

CASE:       *Nava Farms, Inc., et al. v. Andersen & Sons Shelling, Inc., et al.*
CASE NO.    Butte County Superior Court Case No. 24CV02570

## PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, Suite 1500, Sacramento, California 95814.  I am over the age of eighteen years and not a party to the foregoing action.

On the date set forth below, I served the within:

**PLAINTIFFS' CASE MANAGEMENT STATEMENT**

| | | |
|---|---|---|
| | **by mail** on all parties in said action by regular, first class United States mail, postage fully pre-paid, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. |
| ☒ | **by e-mail or electronic transmission** to the person(s) and at the Email address(es) set forth below in accordance with Code of Civil Procedure § 1010.6. |

| | |
|---|---|
| Tobias Keller, Esq.<br>Jane Kim, Esq.<br>KELLER BENVENUTTI AND KIM<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Tel: 415.496.6723<br>tkeller@kbkllp.com<br>jkim@kbkllp.com | Attorneys for Defendant, ANDERSEN & SONS SHELLING, INC. |
| John Fiero, Esq.<br>Teddy M. Kapur, Esq.<br>Gail S. Greenwood, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>One Sansome Street, Suite 3430<br>San Francisco, CA 94104<br>Tel: 415.263.7000<br>jfiero@pszjlaw.com<br>tkapur@pszjlaw.com<br>ggreenwood@pszjlaw.com | Attorneys for David Stapleton, the Court-Appointed Receiver of Andersen & Sons Shelling, Inc., in *Golden State Farm Credit ACA v. Andersen & Son Shelling Inc.* et al., Tehama County Superior Court Case No. 24-CI-000197 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on January 17, 2025.

_____
Shayne R. Richards

PROOF OF SERVICE                                                   4910-6308-4049.1